# THE LAW OFFICE OF ANTHONY C. GIORDANO, P.C.
451 Sunrise Highway, Suite 4, Lynbrook, New York 11563
P: (516) 993-6713; F: (516) 763-1549

*Attorneys at Law*

---

**Via ECF**

January 23, 2010

Hon. Louis Bloom
United States District Court
EDNY

Re: *Nassry v Lutheran, et al.*
CV 09-02965 (CBA) (LB)

Hon. Louis Bloom,

    Our firm represents the Plaintiff in the above captioned matter. It has come to my attention that out initial conference is scheduled for February 2, 2010, however, I will be out of the Country on that date. I have spoken with Counsel for the Defendant and he has no objection to an adjournment. Therefore I respectfully request said adjournment. If it pleases the court, both parties are available the following week on February 9, 2010.

Thank you for considering our request.

Very truly yours,

/s/
Anthony C. Giordano (AG 1995)

SO ORDERED

---

Hon. Louis Bloom, USMJ

cc: Attorneys' for Defendants by ECF

The application is ✓ granted. ___ denied.
SO ORDERED
/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 1/28/10
Brooklyn, New York

The Court shall hold the conference in this action on 2/17/10 at 3:00 p.m. in Courtroom 11A.